UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEAN CLINTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1521** |
| **WILSHIRE INSURANCE COMPANY** | **SECTION: "T" (2)** |

**ORDER ON MOTION**
**JULY 7, 2023**

APPEARANCES:

MOTION:

(1)   Motion and Incorporated Memorandum to Appoint Neutral Umpire (rec. doc. 7)

_____ :   Continued to

\_\_1\_\_ :   No opposition.

_____ :   Opposition.

**ORDERED**

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

\_\_1\_\_ :   Granted as unopposed and on the merits.  The Court appoints Justin Drouant as the neutral umpire.

_____ :   Denied.

_____ :   Other.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**Francis Joseph Lobrano**
Lobrano@carverdarden.com

**Justin Drouant**
justindrouant@grey-consultinggroup.com
(225) 229-1668